**United States District Court**
For the Northern District of California

***E-FILED***
**October 5, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | No. 05-01207 RS |
| Plaintiff(s), | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| J & E MECHANICAL, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **November 16, 2005 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties are directed to file their Consent to Proceed Before a United States Magistrate Judge no later than **October 31, 2005**.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.  In view of the recent filing of a joint case management statement, no additional case management statement need be filed.

1   All documents filed in this matter shall list the civil case number followed only by the initials "**RS**."

4   Dated: October 5, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Michael J. Carroll, Esq.
Email: mjcarrll@pacbell.net

**Counsel for Defendant(s)**

Laurence J. McEvoy
Email: general@clayton-mcevoy.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 5, 2005

                                         /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

3