ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431                     *E-FILED 2/2/06*
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **NO. C 05 1207 RS** |
| | | **(PROPOSED)** |
| | | **O R D E R   E X T E N D I N G MEDIATION DEADLINE** |
| **Plaintiffs,** | | |
| **vs.** | | |
| **J & E MECHANICAL, INC., etc.** | | |
| **Defendants.** | | |

The Court having considered the Request and Stipulation of the parties, and noting that

the mediator has no objection,

IT IS HEREBY ORDERED that the mediation deadline in this proceeding be extended

to March 16, 2006.

Date: 2/2/06 _____

_____
Magistrate Judge Richard Seeborg