```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104              *E-FILED 2/22/06*
    Telephone: (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., | NO. C 05 1207 RS |
| Plaintiffs, | ~~PROPOSED~~ ORDER EXTENDING DISCOVERY DEADLINE |
| vs. | |
| J & E MECHANICAL INC., etc. | |
| Defendant. | |

The Stipulation of Counsel having been considered and good cause appearing, the discovery deadline in this case is continued to March 14, 2006.

Dated: 2/22/06                              /s/ Richard Seeborg
                                            Honorable Richard Seeborg

PROPOSED ORDER EXTENDING DISCOVERY DEADLINE