```
 1 | ERSKINE & TULLEY
   | A PROFESSIONAL CORPORATION
 2 | MICHAEL J. CARROLL (St. Bar #50246)
   | 220 Montgomery Street, Suite 303
 3 | San Francisco, CA  94104              *E-FILED 3/7/06*
   | Telephone:  (415) 392-5431
 4 |
   | Attorneys for Plaintiffs
 5 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>J & E MECHANICAL INC., etc.<br><br>　　　　　　　Defendant. | NO.  C 05 1207 RS<br><br>~~PROPOSED~~ ORDER EXTENDING DISCOVERY DEADLINE |

　　　　The Stipulation of Counsel having been considered and good cause appearing, the discovery deadline in this case is continued to March 31, 2006.

Dated: 3/7/06

_____
Honorable Richard Seeborg

PROPOSED ORDER EXTENDING DISCOVERY DEADLINE