United States District Court
For the Northern District of California

**\*E-FILED\***
**March 10, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF<br>THE SHEET METAL WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>J & E MECHANICAL, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 05-01207 RS |
| BOARD OF TRUSTEES OF<br>THE SHEET METAL WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>J & E MECHANICAL, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 06-01260 RS |

**ORDER SETTING STATUS CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

　　IT IS HEREBY ORDERED that a Status Conference shall be held on **March 22, 2006 at 3:00 p.m.**, in Courtroom 4, 5th Floor, Federal Building, 280 S. First Street, San Jose, California.

1   The parties are directed specifically to meet and confer regarding issues relating to how, and to what extent, pretrial proceedings should be coordinated in the two actions, including the extent to which existing schedules and deadlines in Case No. C 05-1207 RS should be adjusted.

   IT IS FURTHER ORDERED that all parties shall file their consent to proceed before a magistrate judge in Case No. C 06-01260 RS prior to the date set for status conference.

Dated: March 10, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT THIS NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Michael J. Carroll, Esq.
Email: mjcarrll@pacbell.net

Laurence J. McEvoy, Esq.
Email: general@clayton-mcevoy.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 10, 2006

                                   /s/ BAK
                                   Chambers of Magistrate Judge Richard Seeborg