```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303          *E-FILED 3/10/06*
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
BOARD OF TRUSTEES OF THE NORTHERN      NO. C 05 1207 RS
CALIFORNIA FLOOR COVERING, et al.,

             Plaintiffs,
     vs.
J & E MECHANICAL INC., etc.
             Defendant.
_____/


BOARD OF TRUSTEES OF THE NORTHERN      NO.  C 05 1260 RS
CALIFORNIA FLOOR COVERING, et al.,

             Plaintiffs,              XXXXXXXXX ORDER
                                      EXTENDING MEDIATION
     vs.                              DEADLINE

J & E MECHANICAL INC., etc.
             Defendant.
_____/
```

This Stipulation of Counsel having been considered and good cause appearing, the mediation deadline in C 05 1207 RS continued to March 31, 2006

Date: 3/10/06

_____
Magistrate Judge Richard Seeborg

PROPOSED ORDER EXTENDING MEDIATION DEADLINE