```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303          *E-FILED 3/13/06*
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.,<br><br>        Plaintiffs,<br>   vs.<br>J & E MECHANICAL INC., etc.<br>        Defendant.<br>_____/ | NO. C 05 1207 RS |
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.,<br><br>        Plaintiffs,<br>   vs.<br>J & E MECHANICAL INC., etc.<br>       Defendant.<br>_____/ | NO.  C 05 1260 RS<br><br>[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |

    This Stipulation of Counsel having been considered and good cause appearing, the mediation deadline in C 05 1207 RS continued to March 31, 2006

Date: 3/13/06

_____
Magistrate Judge Richard Seeborg

PROPOSED ORDER EXTENDING MEDIATION DEADLINE